UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HILL, as Personal Representative
of THE ESTATE OF STEWART HILL,
Deceased,

      Plaintiff,

v.

PROFESSIONAL SOLUTIONS INSURANCE
COMPANY, a Foreign Corporation, and
ANDREW MESSENGER, D.O.,

      Defendants.

Case No.:
Hon.

Andrija Dragovic (P67807)
Sommers Schwartz, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
(248) 936-2111 fax
adragovic@sommerspc.com

**A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in this Court where it was given Case Number 1:22−cv−320 and was assigned to the Honorable Jane M. Beckering. The action remains pending.**

## COMPLAINT FOR DECLARATORY JUDGMENT

1. Plaintiff Gregory Hill, as Personal Representative for the Estate of Stuart Hill, Deceased, is an citizen of the United States and resident of the City of Niles, State of Michigan.

2. Defendant Dr. Andrew Messenger was an agent, servant and/or employee of Clinton County Medical Center, and residing in Clinton County, Michigan.

3. Defendant, Professional Solutions Insurance Company ("PSIC") is an insurance company licensed to conduct business in the state of Michigan, doing business in Ionia County, Michigan.

4. The amount in controversy exceeds the sum of $75,000, exclusive of costs and interest.

5. As set forth below, an actual and justiciable controversy exists between the parties, and the court has jurisdiction pursuant to Declaratory Judgment Act, 28 USC 2201, and Fed R Civ P 57.

6. At all relevant times, Defendant Dr. Andrew Messenger was a named insured under professional liability insurance policy number PPL518880 (attached hereto as Exhibit 1), issued by Defendant PSIC, which provides professional liability coverage when Defendant Dr. Andrew Messenger becomes legally obligated to pay as damages because of or arising out of bodily injury or property damage caused by an occurrence to which coverage applies.

7. From dates March 19, 2019 through March 22, 2019, Defendant Dr. Andrew Messenger's alleged professional negligence and civil rights violations resulted in the wrongful death and related damages, to Plaintiff's decedent, Stuart Hill.

8. Plaintiff has asserted a claim against Defendant Dr. Andrew Messenger for the wrongful death and civil rights violations and related damages.

9. Defendant Dr. Andrew Messenger has submitted Plaintiff's claim to Defendant PSIC, for defense and indemnity for the claims.

10. Defendant PSIC is providing a defense of said claims to Dr. Andrew Messenger, however, with a reservation of rights, meaning Defendant PSIC has not yet agreed nor confirmed

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17TH FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

that they will indemnify Defendant Dr. Andrew Messenger in the event of a money judgment against him for the aforementioned claims.

11. There are no exclusions in the insurance policy, which was in effect at the time of the alleged professional negligence and civil rights violations, that would exclude coverage for these claims. (Exhibit 1)

12. There is an actual controversy between the parties, and a multiplicity of litigation will be avoided if all these issues are determined by this court at one time.

WHEREFORE, PLAINTIFF REQUESTS this court to enter a judgment:

A. Declaring that Defendant PSIC is obligated to indemnify Defendant Dr. Andrew Messenger for any liability he may have to Plaintiff arising from the alleged negligence and civil rights violation claims resulting in damages from March 19, 2019 through March 22, 2019, that are the subject matter of the pending Case No. 1:22−cv−320.

B. Awarding any other relief that it deems just in equity and good conscious.

>Respectfully submitted,
>
>SOMMERS SCHWARTZ, P.C.
>
>By: /s/ Andrija Dragovic
>ANDRIJA DRAGOVIC (P67807)
>SOMMERS SCHWARTZ, P.C.
>Attorneys for Plaintiff
>One Towne Square – 17th Floor
>Southfield, MI 48076
>(248) 355-0300
>adragovic@sommerspc.com

Dated: April 28, 2023